

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00016-CV

IN RE T.O.  §  On Appeal from the 233rd District Court

§  of Tarrant County (233-522021-12)

§  April 9, 2020

§  Opinion by Justice Wallach

**JUDGMENT**

This court has considered relator T.O.'s petition for writ of mandamus, real party in interest A.H.'s response, T.O.'s reply, and the mandamus record. Accordingly, we conditionally grant T.O.'s petition for writ of mandamus and direct the trial court to vacate its December 10, 2019 order granting the "Amended Motion to Set Aside Default Judgment and for New Trial" filed by A.H. The writ will issue only if the trial court does not promptly comply with our directive.

It is further ordered that real party in interest A.H. shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
    Justice Mike Wallach